UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCISCA LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA; UNKNOWN JOHN DOES; and UNKNOWN JOHN DOE CLINICS,<br><br>    Defendants. | NO. CV-08-5061<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Defendants' Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 32). Having reviewed said stipulated motion and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED**:

1. Defendants' Stipulated Motion for Dismissal with Prejudice (**Ct. Rec. 32**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are hereby denied as moot.

The District Court Executive is ordered to file this Order, furnish copies to counsel, and **CLOSE** this file.

**DATED** this 13th day of April, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1